FarUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FARKLAND GARCON,

    Plaintiff,

v.	Case No: 8:17-cv-56-T-36AAS

WINDHAVEN CLAIMS MANAGEMENT, LLC,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on May 26, 2017 (Doc. 16). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Court grant the parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 15). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 15) is **GRANTED.** The Settlement Agreement (Doc. 15 - Ex. 1)

is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties shall comply with the terms and conditions of the Settlement Agreement.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Tampa, Florida on June 12, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record